THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK EDWARDS, Appellant. [933 NYS2d 564]-

Since the defendant had not yet completed his originally imposed sentence of imprisonment when he was resentenced, the resentencing to a term including the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law (*see People v Lingle*, 16 NY3d 621 [2011]; *People v Dawkins*, 87 AD3d 550 [2011]; *People v Myrick*, 84 AD3d 1272 [2011], *lv denied* 17 NY3d 820 [2011]).

On an appeal from a resentence to correct a *Sparber* error (*People v Sparber*, 10 NY3d 457 [2008]), this Court lacks the authority to reconsider the incarceratory component of the defendant's sentence (*see People v Lingle*, 16 NY3d at 635; *People v Myrick*, 84 AD3d at 1272). Mastro, J.P., Florio, Lott and Cohen, JJ., concur.